IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                  Case Number:  1:01-CR-00072
                                      Senior District Judge S. Arthur Spiegel

NANCY L. WALLACE,
    Defendant.

## MOTION BY THE CLERK TO DISPOSE OF PASSPORT

A judgment and Commitment Order was filed in the above captioned matter on April 16, 2003. At this time the Clerk's Office moves for the disposal of the surrendered passport.

James Bonini, Clerk

By: s/Darlene Maury
Acting Division Manager

## ORDER

Pursuant to the termination of the above captioned matter, the Clerk's Office is directed to dispose of the surrendered passport to:

_____     Return to the named defendant.

__X__     Return to:    United States Department of State
                              Office of Passport Policy and Advisory Services
                              2100 Pennsylvania Avenue N.W., 3rd Floor
                              Washington, DC 20037

IT IS SO ORDERED.

_____
S. Arthur Spiegel
United States Senior District Judge