**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | |

Postmark Here

Sent To: United States Department of State
Office of Passport Policy and Advisory Services
Street or PO: 2100 Pennsylvania Ave. N.W., 3rd Floor
City: Washington, DC 20037

7001 2510 0008 6348 6076

PS Form 3800, January 2001    See Reverse for Instructions