**PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES**

| | | | |
|---|---|---|---|
| Name: | Nancy L Wallace | Docket #: | CR 1-01-072 |
| | | Judge: | The Honorable S. Arthur Spiegel |

You have been ordered by the United States District Court to pay $200 in special assessments, $935,867 in restitution, and a $25,000 fine as a condition of your supervised release.

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the amount of $200.00, commencing on August 5, 2006. This is based on the fact that Wallace is unemployed and financially supported by her husband. Wallace indicated she could pay $200 a month.

_____    7/18/06
U. S. Probation Officer                Date

**Order of the Court:** The Court orders minimum monthly payments of $200 to commence on 8/5/06 and to continue until the debt is satisfied or the Court alters the payment schedule.

_____    7/19/06
Signature of Judicial Officer         Date

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted**. The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

United States Clerk of Courts
324 Potter Stewart U. S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202

Note: Your restitution/fine bears interest. There could be additional monetary penalties for payments that come past due as outlined in the attached General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision. I agree to make payments as outlined above. I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

_____    _____
Defendant                                    Date

_____    _____
U.S. Probation Officer                Date

Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU