## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

Name:     Nancy L Wallace                    Docket #:    CR 1-01-072

                                              Judge:       The Honorable S. Arthur

                                                           Spiegel

You have been ordered by the United States District Court to pay $200 in special assessments, $935,867 in restitution, and a $25,000 fine as a condition of your supervised release.

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the amount of $200.00, commencing on August 5, 2006. This is based on the fact that Wallace is unemployed and financially supported by her husband. Wallace indicated she could pay $200 a month.

_____        _7/18/06_____
U. S. Probation Officer                  Date

**Order of the Court:** The Court orders minimum monthly payments of $ _200_ to commence on _8/5/06_ and to continue until the debt is satisfied or the Court alters the payment schedule.

_____        _7/19/06_____
Signature of Judicial Officer            Date

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted.** The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

United States Clerk of Courts
324 Potter Stewart U. S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202

Note: Your restitution/fine bears interest. There could be additional monetary penalties for payments that come past due as outlined in the attached General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision. I agree to make payments as outlined above. I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

_Nancy L. Wallace_____        _7/29/06_____
Defendant                                    Date

_____        _____
U.S. Probation Officer                   Date

Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU